**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

SERGEI KOVALEV,

        Petitioner

        v.

AKASH ASHOK BAROT, DDS.,
NORTHWOOD DENTAL GROUP, LLC
AKA/DBA NORTHWOOD AESTHETIC
DENTAL, JANE DOE I, JANE DOE II, AND
HIRABEN PROPERTIES, LLC,

        Respondents

:  No. 25 EAL 2021
:
:
:
:  Petition for Allowance of Appeal
:  from the Order of the Superior Court
:
:
:
:
:
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 10th day of May, 2021, the Petition for Allowance of Appeal is **DENIED**.